Stuart Gold (SG-4041)
MANDELBAUM, SALSBURG, LAZRIS & DISCENZA, P.C.
155 Prospect Avenue
West Orange, NJ 07052
(973) 736-4600
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | CHAPTER 13 |
|---|---|
| ROBERT NEMZEK | Case Nos. 13-14012(DHS) |
| Debtor. | |

## NOTICE OF CONVERSION FROM A CHAPTER 13 CASE TO A CHAPTER 7 CASE

Debtor Robert Nemzek, by his attorneys, Mandelbaum, Salsburg, Lazris & Discenza, P. C., states as follows:

1. The debtor does not want to continue with his proposed chapter 13 plan.

2. The debtor qualifies for relief under Chapter 7 of the Bankruptcy Code.

3. Under Section 1307(a) of the Bankruptcy Code, the debtor is entitled to convert his Chapter 13 case to a case under Chapter 7 at any time, and the debtor now wishes to convert this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

4. A copy of this notice has been sent by mail to the Chapter 13 trustee serving in this case.

WHEREFORE, the debtor, under Bankruptcy Rules 1017(d) and 9013, hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

_____
Robert Nemzek, Debtor

MANDELBAUM, SALSBURG, LAZRIS & DISCENZA, P.C.
Attorneys for Debtor

By: _____
Stuart Gold

Dated: March 27, 2013